

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-14-00283-CV

MARVIN WILLIE HAWKINS, JR., APPELLANT

V.

JOHN DOYLE MALONE, SAFECO INSURANCE, AND JOE NEAL, APPELLEES

On Appeal from the 414th District Court
McLennan County, Texas
Trial Court No. 2013-1369-5, Honorable Vicki L. Menard, Presiding

December 9, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Marvin Willie Hawkins, Jr. sued John Doyle Malone, Safeco Insurance, and police officer Joe Neal for damages relating to a purported automobile accident. The trial court granted the plea to the jurisdiction of the court filed by Neal and Malone's motion for summary judgment. Thereafter, Hawkins filed his notice of appeal. We dismiss the appeal.

An appeal may only be taken from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When there is no conventional trial on the merits, an

order or judgment is not final unless it disposes of all claims and all parties. *Id.* at 205. The record at bar contains no order or judgment disposing of all claims asserted against all the parties. In particular, neither the order of dismissal nor order granting summary judgment mentioned Safeco. Nor did we find an order of record indicating that the trial court addressed or disposed of the claims against Safeco, even though that entity was served with process. Additionally, an order that simply grants a motion for summary judgment, like that entered on behalf of Malone, lacks the indicia of a final judgment; that is, it does not purport to finally adjudicate the claims of those involved. *Disco Machine of Liberal Co. v. Payton*, 900 S.W.2d 71, 73 (Tex. App.—Amarillo 1995, writ denied); *accord Cordova v. Osborne,* No. 07-01-0505-CV, 2002 Tex. App. LEXIS 7861 (Tex. App.—Amarillo October 29, 2002, no pet.) (mem. op.) (stating the same).

Lacking a final judgment or orders disposing of all claims against all parties, we dismiss the appeal for want of jurisdiction.


Per Curiam